UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                     :

GARETH D. WOOD, in his own behalf and on    :
behalf of all others similarly situated,               :
                                                     :
                       Plaintiff,        :
         v.                              :           No. 5:09-cv-1445 (NPM/DEP)
                                                     :
CAPITAL ONE SERVICES, LLC,                   :
NCO FINANCIAL SYSTEMS, INC., and      :
CAPITAL ONE BANK (USA), N.A.,              :
                                                     :
                     Defendants      :
                                                     :
------------------------------------X

## JOINT REPORT

Pursuant to Fed. R. Civ. P. 26(f) and the Civil Case Management Plan entered on December 29, 2009 (Docket Entry No. 5), Plaintiff Gareth D. Wood and Defendants Capital One Services, LLC, Capital One Bank (USA), N.A., and NCO Financial Systems, Inc., by counsel, respectfully report that the parties have agreed that discovery in this matter should be stayed until the Court decides the Motion to Dismiss filed by the Capital One Defendants (Docket Entry No. 14). The parties further report that they will confer in accordance to Fed. R. Civ. P. 26(f) within ten (10) days of any order denying the Capital One Defendants' Motion and report to the Court in accordance with the Civil Case Management Plan within seven (7) days of that conference.

Dated: April 22, 2010

| /s/ George P. Sibley, III | /s/ Michael Del Valle | /s/ Sergei Lemberg |
|---|---|---|
| George P. Sibley, III | Michael Del Valle, Esq. | Sergei Lemberg (SL 6331) |
| Bar Roll No.: 516144 | Bar Roll No.: 515810 | 1100 Summer Street |
| HUNTON & WILLIAMS LLP | Sessions, Fishman, Nathan & Israel of New York, LLC | Stamford, CT 06905 |
| 951 E. Byrd Street | 130 John Muir Drive, Suite 106 | 203 • 653 • 2250 |
| Richmond, Virginia 23219 | Amherst, NY 14228 | 203 • 653 • 3424 (fax) |
| (804) 788-8200 | (716) 625-7492 | slemberg@lemberglaw.com |
| (804) 788-8218 (fax) | (716) 625-7497 (fax) | |
| gsibley@hunton.com | mdelvalle@sessions-law.biz | |

*Counsel for Defendants Capital One Services, LLC, and Capital One Bank (USA), N.A.*

*Counsel for NCO Financial Systems, Inc.*

*Counsel for Plaintiff Gareth D. Wood*

-3-

## DECLARATION OF SERVICE

George P. Sibley, III, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that on April 22, 2010, I served a true copy of the attached Joint Report on counsel of record, by way of the court's CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2010.

/s/ George P. Sibley, III<br>
George P. Sibley, III