

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA  23219-4074

TEL   804 • 788 • 8200
FAX   804 • 788 • 8218

GEORGE P. SIBLEY, III
DIRECT DIAL: 804 • 788 • 8262
EMAIL: gsibley@hunton.com

June 30, 2010

**Via CM/ECF**

Hon. David E. Peebles
United States Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, NY 13261-7365

<u>**Gareth D. Wood v. Capital One Services, et al.,**</u>
**Civil Action No. 09-cv-1445**

Dear Judge Peebles:

      Due to a scheduling conflict, counsel respectfully request an adjournment of the Rule 16 Conference in the above-styled matter.  The conference is currently scheduled for August 5, 2010 at 10:30 AM in Syracuse.  Based on my telephone conversation with your chambers this morning, I understand that the Court is available to conduct the conference on August 12, 2010 at 11:30 AM.  I have conferred with counsel for all parties, and that date and time work for everyone.  I therefore respectfully request that the Rule 16 Conference be adjourned to August 12, 2010 at 11:30 AM.

      Thank you for your time and consideration.

      Respectfully submitted,

      /s/ George P. Sibley, III

cc: Counsel of Record