

HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VIRGINIA 23219-4074

TEL    804 • 788 • 8200
FAX    804 • 788 • 8218

GEORGE P. SIBLEY, III
DIRECT DIAL: 804-788-8262
EMAIL:  gsibley@hunton.com

October 25, 2010

FILE NO: 67519.226


**BY CM/ECF**

The Honorable David E. Peebles
United States District Court
Northern District of New York
U.S. Courthouse & Federal Building
15 Henry Street
Binghamton, New York  13901-2723

<u>Wood v. Capital One Services, LLC, et al.</u>
No. 5:09-cv-1445 (NPM/DEP)

Dear Judge Peebles:

  The parties in this case have conferred and agree that some discoverable information in this case may contain confidential and proprietary information, including confidential business methods and personal financial information.  The parties accordingly have agreed to the entry of the attached Stipulated Protective Order governing the handling of such information and respectfully request that it be entered.

  Should you have any questions, please do not hesitate to contact me.

Sincerely,

George P. Sibley, III

GPSIII/gba
Enclosure

cc: Counsel of Record via CM/ECF